| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFRONIA**<br>**LOS ANGELES DIVISION** ||
| IN RE:<br><br>PERRY, SANDRA<br><br><br><br><br>Debtor | CASE NO. 2:11-bk-13174-WB<br>**CHAPTER 13**<br><br>**NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Nancy Curry files this Notice of Final Cure Payment to the Creditor listed below that the amount required to complete the term of the plan has been received by the Trustee.

**Name of Creditor**: CITIBANK, N.A.

---

**Final cure amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6-2 | 6112 | $ 2,960.94 | $2,960.94 | $2,960.94 |

| | |
|---|---|
| total amount paid by Trustee | $2,960.94 |

---

**Monthly ongoing mortgage payment**

Mortgage is paid:

_____ through the Chapter 13 Trustee        **X** direct by the debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor, debtor attorney and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim; and 2) whether the debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

PROOF OF SERVICE DOCUMENT

In Re: PERRY, SANDRA
Case No. LA 2:11-bk-13174-WB

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Nancy Curry
Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

The foregoing document described as **Notice of Final Cure Payment** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 9, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On August 9, 2016, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
**PERRY, SANDRA**
**347 S. EUCLID AVENUE**
**PASADENA, CA**

**Attorney for Debtor**
**TYSON TAKEUCHI**
**LAW OFFICES OF TYSON TAKEUCHI**
**1100 WILSHIRE BLVD. #2606**
**LOS ANGELES, CA 90017-1916**

**Creditor**
**CITIBANK, N.A.**
**P.O. BOX 6030**
**SIOUX FALLS, SD 57117**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. CivP.5 and/or controlling LBR, on August 9, 2016, I served the following person(s) and/or entity(ies) by person delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 9, 2016 | Elizet Cash | /s/ Elizet Cash |
|---|---|---|
| Date | Type Name | Signature |